# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Symbion-Ozdil-Amjad Dar Essalam )  ASBCA No. 59994
  Joint Venture )
)
Under Contract No. W91GXY-06-C-0071 )

APPEARANCE FOR THE APPELLANT:  Timothy A. Diemand, Esq.
  Wiggin and Dana LLP
  Hartford, CT

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Stephen P. Smith, JA
  Trial Attorney

## ORDER OF DISMISSAL

By motion filed on February 4, 2019, the government moved for the dismissal of this appeal with prejudice in accordance with paragraph 2 of an attached settlement agreement and evidence that the government had, in fact, made payment to appellant. The parties had previously informed the Board that this motion to dismiss was to be expected. Accordingly, this appeal is dismissed from the Board's docket with prejudice.

Dated: April 5, 2019

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59994, Appeal of Symbion-Ozdil-Amjad Dar Essalam Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals